Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUN 1 4 2022

ARTHUR JOHNSTON
BY_____ DEPUTY

Case No. 3:22cv 323 -HTW-LGI

*(to be filled in by the Clerk's Office)*

_Mr Robert John Carrier_
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

_Justice_

_Dedartment of_ ~~Treasure~~
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name *Mr Robert John Currier*

All other names by which you have been known: *Bob, and Jim Wood,*

ID Number *#K0013*

Current Institution *E.M.C.F*

Address *10641 Hwy 80 west*
*Meridian      Ms    39307*
City        State        Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name *Dedarmen/of Jutice*

Job or Title *(if known)* *Dedartment of Treasure*

Shield Number

Employer

Address

City        State        Zip Code

☐ Individual capacity    ☐ Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Shield Number

Employer

Address

City        State        Zip Code

☐ Individual capacity    ☐ Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)    411 US at 482

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? 28 USCS §524 30 day delivery So By 131 LEd2d 1103 fales, and 403 US 388 18 usc9 §1546 perjury under section 1746 of Title 28 UNITED STATES Code. V8USCS 33 1541-1547

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

*Racketeering Task 62 ALR4Th 654*

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. *A Tack over of U.S.A of Lord Ship of U.S.A ENTERPRISE 49USCS §11341, 11344, 11345, 11347, 11348 18USCS §1961, 1963, 1964, 1965, 1966- 5USCA3301, 1102, 1103, 1104, 1105, (139 L.Ed.2d.945*

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [x] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* *Lord Ship EXTRADITION 18USCS §1581, 815 302d 1222. Facts Mississippi LAW Book.*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Tack Form one STATE California To Mississippi with out My Robert John Carrier permission. Now clam in Slave! ~~~~~~~~~~~ They are Tacken From The Goverment. Try To Destroy US and all my Jobs, Tack over*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)                    18 USC §§ 1961

Racketeering Robert John Carrier.

C.    What date and approximate time did the events giving rise to your claim(s) occur?

About 8,3,1994

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Mike Smith Governer of Calif. Mike Smith The Judge of Pike County, Miss. Bill Cliton was The President Art Fear of AMERICA. Tranfair Robert Carrier To Miss with out Robert Carrier Permission, They Trying To Tack over The USA.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

They got Mr Robert John Carrier into Fights. And Said He Hade a anger Problem. Not The Right Med New, Rotanes, and Ratanes.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

GP Numbers Pay Ment. With GP Numbers of No Kednapper. Let go out of Prison. with a Repealed got 2 of Them § 8 USC §§ 728—746 42 USC §§ 420 }

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). *Landcaster Calif. Arke County Mis. Ranken Miss, Parchman Miss, Green Villea, EMCF Miss, EMCC*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance? 18 USC § 1581, 1583, 1584 70 ALR Fed 2d 199 GP Number 69 ALR Fed 2d 151 GP Number 18 USC § 115, GP Number 34 ALR Fed 785 GP Number 18 USC § 875 GP Number 18 ALR Fed 520, 56 ALR 6th 553. Breach of Contract of 120 Fast and Seed in Calif. They Did not come in ~~Tell Me~~ ~~about~~ Mike Smith was Doing 5 USC § 553 Some How ~~flow~~

2.    What did you claim in your grievance? 30 Day delivery = With 18 USC § 1581, 1956, 1957 18 USC § 1961, 21 USC § 802, 830 28 USC 3524, 31 CFR 6.1, 6.2 6.3, 36.6, 36.7, 6.8, 6.9, 6.10, 6.11, 6.12, 6.13, 6.14, 6.15, 6.16, 36.17

3.    What was the result, if any?

RECEIVED

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

28 USC § 3524 copes Can't see. 30 day delivery GP-Number to show. got 31 CFR 6.1, pay and award of 31 CFR 6.17 and 18 USC § 1956, 1956, 1581, 21 USC § 802 830, 31 USC § 5313, 5314, 31 CFR 6.1, 6.2, 6.3, 6.6, 6.7, 6.8 6.9, 6.10, 6.11, 6.12, 6.13, 6.14, 6.15, 6.16, 6.17, ~~49 USC § 11347~~ and any other 104 ALR 5th 1, 109 ALR 6th 551 ~~49 USC 11107~~

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. *Clam 49USCSS11341, 11342, 11343, 11344, 11345, 11346, 11347, 11348, 11349, 11350, 11351, PLuse 5USCSS181, 182 1103, 1104, 1105, Congress GP Number To SHow and Judge, af 18USCS§1981, 1962, 1963, 1964, 1965, 1966, 1967, 1968, SUS09955§*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes *if Talking ab out 15055 Through 15055B*

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*ar you Saying 15055 Through 15055-B Through 15055 B.*

**A.** Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes
☒ No } *18 USC 931581 No duly conviction in Mississippi*

**B.** If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   *United STATES District of the Southern District*

3. Docket or index number *3:19 CV 236 HTW-JCG, 3:13 cv 421 CWR LRA*
   ~~David Bramlett~~ *ATTACHMENT*

4. Name of Judge assigned to your case *S/HENRY T. Wingate, S/Carlton W. Reeves    ATTACHMENT*

5. Approximate date of filing lawsuit
   *ATTACHMENT*

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. *Final Judgement*

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* *Don't Know I Belive I did a SOL.Ed 2d 978 No Law Suit on The State and got it Dismissed Dent Know HA HA*

**C.** Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? *yes*

☒ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s)    *Mr Robert John Carrier*
      Defendant(s)    *STATE of Miss*

2.    Court *(if federal court, name the district; if state court, name the county and State)*

      *ATTACHMENT*

3.    Docket or index number
      *ATTACHMENT*

4.    Name of Judge assigned to your case
      *ATTACHMENT*

5.    Approximate date of filing lawsuit
      *ATTACHMENT*

6.    Is the case still pending?

      ☒ Yes    *28 USCS§524*
      ☒ No

      If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*    *Steal going By Justice Refrom act got Two Repealed 42 USCS§§201, 8 USCS§ 728-746 19 USCS § 488-498*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _3 - 7 - 2 (_

Signature of Plaintiff  _Mr Robert John Carrier_

Printed Name of Plaintiff  _Mr Robert John Carrier_

Prison Identification #  _# K0013_

Prison Address  _10641 Hwy 80 west_

_Meredian_          _MS_      _39307_
City                    State      Zip Code

### B.  For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Address  _____

_____
City                    State      Zip Code

Telephone Number  _____

E-mail Address  _____

No *Shepard's* Signal™
As of: April 11, 2022 5:22 PM Z

## *19 USCS § 484–493*

Current through Public Law 117-81, approved December 27, 2021.

*United States Code Service > TITLE 19. CUSTOMS DUTIES (Chs. 1 — 29) > CHAPTER 3. THE TARIFF AND RELATED PROVISIONS (§§ 121 — 580) > CUSTOMS ADMINISTRATION (§§ 231 — 580) > ADMINISTRATIVE PROVISIONS (§§ 231 — 580) > Enforcement Provisions (§§ 481 — 542)*

End of Document

## §§ 484–493. [Repealed]

Annotations

**Notes**

### HISTORY; ANCILLARY LAWS AND DIRECTIVES

These sections (Act Sept. 21, 1922, ch 356, Title IV, §§ 582–591, *42 Stat. 979–981*) were repealed by Act June 17, 1930, ch 497, Title IV, § 651(a)(1), *46 Stat. 762*, effective on the day following the date of enactment on June 17, 1930, as provided by § 653 of such Act, which appears as *19 USCS § 1653*. The sections related to examination of persons and baggage, production and certification of manifests, and enforcement provisions. For provisions similar to § 484, see *19 USCS § 1582*; for provisions similar to § 485, see *19 USCS § 1583*; for provisions similar to § 486, see *19 USCS § 1584*; for provisions similar to § 487, see *19 USCS § 1585*; for provisions similar to § 488, see *19 USCS § 1586*; for provisions similar to § 489, see *19 USCS § 1586(d)*; and for provisions similar to § 490, see *19 USCS § 1588*.

United States Code Service
Copyright © 2022 Matthew Bender & Company, Inc.
a member of the LexisNexis Group (TM)
All rights reserved. All rights reserved.

28 USCS § 2412, Part 1 of 2

**Table1** (Return to related document text)

**Table1** (Return to related document text)

**Table2** (Return to related document text)

**Table2** (Return to related document text)

**End of Document**

## *42 USCS § 12133*

Current through Public Law 116-259, approved December 23, 2020. Some sections may be more current.

*United States Code Service > TITLE 42. THE PUBLIC HEALTH AND WELFARE (Chs. 1 — 161) > CHAPTER 126. EQUAL OPPORTUNITY FOR INDIVIDUALS WITH DISABILITIES (§§ 12101 — 12213) > PUBLIC SERVICES (§§ 12131 — 12165) > PROHIBITION AGAINST DISCRIMINATION AND OTHER GENERALLY APPLICABLE PROVISIONS (§§ 12131 — 12134)*

## § 12133. Enforcement

The remedies, procedures, and rights set forth in section 505 of the Rehabilitation Act of 1973 (*29 U.S.C. 794a*) shall be the remedies, procedures, and rights this title provides to any person alleging discrimination on the basis of disability in violation of section 202 [*42 USCS § 12132*].

## History

**HISTORY:**

Act July 26, 1990, *P. L. 101-336*, Title II, Subtitle A, § 203, *104 Stat. 337*.

United States Code Service
Copyright © 2021 Matthew Bender & Company, Inc.
a member of the LexisNexis Group (TM)
All rights reserved. All rights reserved.

End of Document

## *8 USCS § 728–746*

Current through Public Law 116-282, approved December 31, 2020, with a gap of Public Law 116-260.

**United States Code Service > TITLE 8. ALIENS AND NATIONALITY (Chs. 1 — 15) > CHAPTER 11. NATIONALITY (§§ 501 — 1006) > NATIONALITY THROUGH NATURALIZATION (§§ 701 — 747)**

## §§ 728–746. [Repealed]

Annotations

## Notes

### HISTORY; ANCILLARY LAWS AND DIRECTIVES

These sections (§ 728—Act Oct. 14, 1940, ch 876, Title I, § 328, *54 Stat. 1151*; § 729—Act Oct. 14, 1940, ch 876, Title I, § 329, *54 Stat. 1152*; Sept. 23, 1950, ch 1024, Title I, § 27, *64 Stat. 1015*; § 730—Act Oct. 14, 1940, ch 876, Title I, § 330, *54 Stat. 1152*; § 731—Act Oct. 14, 1940, ch 876, Title I, § 331, *54 Stat. 1153*; May 31, 1947, ch 87, § 1, *61 Stat. 121*; § 732—Act Oct. 14, 1940, ch 876, Title I, § 332, *54 Stat. 1154*; May 31, 1947, ch 87, § 2, *61 Stat. 122*; June 25, 1948, ch 656, *62 Stat. 1026*; § 732a—Act May 31, 1947, ch 87, § 5, *61 Stat. 122*; § 733—Act Oct. 14, 1940, ch 876, Title I, § 333, *54 Stat. 1156*; Sept. 23, 1950, ch 1024, Title I, § 28(a), *64 Stat. 1016*; §§ 734, 735—Act Oct. 14, 1940, ch 876, Title I, §§ 334, 335, *54 Stat. 1156*; May 31, 1947, ch 87, §§ 3, 4, *61 Stat. 122*; Sept. 23, 1950, ch 1024, Title I, §§ 28(b), 29, *64 Stat. 1017*; §§ 736– 738—Act Oct. 14, 1940, ch 876, Title I, §§ 336–338, *54 Stat. 1157*; § 739—Act Oct. 14, 1940, ch 876, Title I, § 339, *54 Stat. 1160*; Jan. 20, 1944, ch 2, § 3, *58 Stat. 4*; July 23, 1947, ch 304, § 2, *61 Stat. 414*; §§ 740, 741—Act Oct. 14, 1940, ch 876, Title I, §§ 340, 341, *54 Stat. 1160*; § 742—Act Oct. 14, 1940, ch 876, Title I, § 342, *54 Stat. 1161*; Jan. 20, 1944, ch 2, § 3, *58 Stat. 5*; Sept. 27, 1944, ch 415, *58 Stat. 745*; Sept. 28, 1944, ch 446, §§ 1, 2, *58 Stat. 755*; Nov. 21, 1945, ch 490, *59 Stat. 585*; July 1, 1947, ch 194, *61 Stat. 240*; §§ 743– 745—Act Oct. 14, 1940, ch 876, Title I, §§ 343–345, *54 Stat. 1163*; § 746—Act Oct. 14, 1940, ch 876, Title I, § 346, *54 Stat. 1163*; June 25, 1948, ch 645, § 21, *62 Stat. 862*) were repealed by Act June 27, 1952, ch 477, Title IV, § 403(a)(42), *66 Stat. 280*. Section 407 of Act June 27, 1952, provided in part that this repeal "shall take effect at 12:01 ante meridian United States Eastern Standard Time on the one hundred eightieth day immediately following the date of its enactment [enacted June 27, 1952.]".

Section 728 related to registration of aliens, and is now covered by *8 USCS §§ 1230* and *1259*; § 729 related to certificate of arrival. Subsecs. (b) and (c) of said § 729 are now covered by *8 USCS § 1429*; § 730 related to photographs, and is now covered by *8 USCS § 1444*; § 731 related to declaration of intention, and is now covered by *8 USCS § 1445(f)*; § 732 related to petition for naturalization, and is now covered by *8 USCS § 1445(a)*–(d); § 732a related to waiver of appearance or petition for naturalization, and is now covered by *8 USCS § 1445(e)*; § 733 related to hearings on petitions, and is now covered by *8 USCS § 1446(a)*–(e); § 734 related to final hearings, and is now covered by *8 USCS § 1447(a)*–(d), (f); § 735 related to oath of renunciation and allegiance, and is now covered by *8 USCS § 1448*; § 736 related to certificate of naturalization, and is now covered by *8 USCS § 1449*; § 737 related to functions and duties of the clerks of courts, and is now covered by *8 USCS §§ 1449* and *1450*; § 738 related to revocation of naturalization, and is now covered by *8 USCS § 1451(a)*, (b), (d), (e), (g)–(i); § 739 related to certificates of derivative citizenship, and is now covered by *8 USCS § 1452*; § 740 related to revocation of certificates issued by the commissioner or deputy, and is now covered by *8 USCS § 1453*; § 741 related to documents and copies issued by commissioner or deputy, and is now covered by *8 USCS § 1454*; § 742 related to

8 USCS § 728–746

fiscal provisions, and is now covered by _8 USCS § 1455_; §§ 743 to 745 related to mail, textbooks of naturalization statistics, and are now covered by _8 USCS §§ 1457_ and _1458_; and § 746 is provisions, and is now covered by _8 USCS § 1459_ and _18 USCS §§ 911_, _1015_, _1421– 1429_, _1719_ and _3282_.

United States Code Service
Copyright © 2021 Matthew Bender & Company, Inc.
a member of the LexisNexis Group (TM)
All rights reserved. All rights reserved.

_10 8 ALR 5th 1, 105 ALR 6th 351 ALL LAW Time 5:40 AM About
2.4.22  ℐ Robert John Carrier_

End of Document

## *42 USCS § 4201*

Current through Public Law 117-54, approved November 10, 2021.

*United States Code Service > TITLE 42. THE PUBLIC HEALTH AND WELFARE (Chs. 1 — 161) > CHAPTER 52. INTERGOVERNMENTAL COOPERATION [REPEALED] (§§ 4201 — 4244) > GENERAL PROVISIONS (§ 4201)*

# § 4201. [Repealed]

Annotations

## Notes

### HISTORY; ANCILLARY LAWS AND DIRECTIVES

This section (Act Oct. 16, 1968, *P. L. 90-577*, Title I, §§ 101–110, *82 Stat. 1098*) was repealed by Act Sept. 13, 1982, *P. L. 97-258*, § 5(b), *96 Stat. 1080*. It contained definitions; for similar provisions, see *31 USCS §§ 6501* and *6508*.

### Short titles:

Act Oct. 16, 1968, *P. L. 90-577*, § 1, *82 Stat. 1098*, which formerly appeared as a note to this section, was repealed by Act Sept. 13, 1982, *P. L. 97-258*, § 5 (b), *96 Stat. 1080*. It provided for citation of Act Oct. 16, 1968, *P. L. 90-577*, as the Intergovernmental Cooperation Act of 1968.

United States Code Service
Copyright © 2021 Matthew Bender & Company, Inc.
a member of the LexisNexis Group (TM)
All rights reserved. All rights reserved.

*[handwritten] 1094 ALR 9th 1, 105 ALR 6th 35, ALL LAW By LAW Time 5:45 AM ABout Date 2-4-22 ¾ Robert John Carrier*

End of Document

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED

FEB 2 3 2005

J T NOBLIN. CLERK
BY_____ DEPUTY

**ROBERT CARRIER, #K0013**                                    **PETITIONER**

**VERSUS**                          **CIVIL ACTION NO. 3:04cv780-WHB-AGN**

**STATE OF MISSISSIPPI, WARDEN GREER,**
**and JIM HOOD**                                              **RESPONDENTS**

### FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the

opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be

dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 23rd day of February, 2005.

_____
UNITED STATES DISTRICT JUDGE

17) Led 20 1103
By 18 USC § 1961, 1962 By 1963 Done
Date 8-27-19 Time About 9:15 PM
                        19 ALR Fed 520
(5) King Ruled John Carrie

# Exhibit G

Case 3:13-cv-00421-CWR-LRA   Document 19-8   Filed 05/31/19   Page 6 of 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ROBERT JOHN CARRIER, # K0013                                    PETITIONER

VERSUS                                        CIVIL ACTION NO. 3:13cv421-CWR-LRA

STATE OF MISSISSIPPI                                            RESPONDENT

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the

Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that the case is **DISMISSED WITHOUT**

**PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 21st day of October, 2013.

s/Carlton W. Reeves
UNITED STATES DISTRICT JUDGE

*131 Led 2d 1103*

*By 18 USCS §§ 1961, 1962 By 1963 Done*
*Date 8-21-19 Time About 9:25 PM*
*19 ALR Fed 520*
*(5) King Robert John Carrier*

# Exhibit H

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERT JOHN CARRIER, # K0013             PETITIONER

VERSUS           CIVIL ACTION NO. 5:16cv51-DCB-JCG

STATE OF MISSISSIPPI            RESPONDENT

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the

Order issued this date,

IT IS, HEREBY, ORDERED AND ADJUDGED that this cause is dismissed without

prejudice.

So ordered and adjudged, this the ___26th___ day of September, 2016.

        s/David Bramlette
        UNITED STATES DISTRICT JUDGE

# Exhibit I

Holy Bible KJV
U.S. District Court of AMERICA
Lord SHip Mr Robert John Carrier
Case # 1:01-cv-00003 RJC Senate.
<43 FR 36037, 92 STAT 3783>

Honorable Judge S/ Robert John Carrier
CREDIT(S) 5 USCA § 1105 Administrative procedure
(Pub.L. 89-554 Sept. 6. 1966, 80 Stat 400. Pub.L 95-454,
Title II, § 201 II, § 201(a), Oct 13, 1978, 92 STAT 1121.)
Current Through P.L. 113-22 (excluding P.L. 113-14
Approved 7-25-13

CREDIT(S) 5 USCA § 1104 Delegation of authority
For personnel management. (Pub.L. 89-554, Sept 6, 1966
80 Stat. 399, Pub.L 95-454, Title II, § 201(a), Oct 13, 1978, 92
Stat, 1119, Pub.L. 99-251, Title III, §§ 301, 302, Fed 27, 1986, 100
Stat, 26; Pub.L. 107-296, Title XIII, § 1304, Nov. 25, 2002, 116
Stat 2289.) Current Through P.L. 113-22 (excluding P.L
113-19) Approved 7-25-13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERT JOHN CARRIER, # K0013                    PETITIONER

VERSUS                            CIVIL ACTION NO. 5:17cv7-DCB-RHW

MISSISSIPPI                                      RESPONDENT

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.   Pursuant to

the Order issued this date,

IT IS, HEREBY, ORDERED AND ADJUDGED that this cause is dismissed without

prejudice.

So ordered and adjudged, this the <u>16th</u> day of May, 2017.

s/David Bramlette
UNITED STATES DISTRICT JUDGE

*[handwritten notes:]*

6 ~~K...~~
131 Led 2 2 1103
By 18 USC S 3 1961, 1962 By 1963 Done Date 8 21 9
Time ABout 9:35 PM          19 ALR Fed 520
                    (S) King Robert John Carrier

# Exhibit J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERT JOHN CARRIER, #K0013                                    PETITIONER

VERSUS                                    CIVIL ACTION NO. 5:18-cv-48-DCB-RHW

STATE OF MISSISSIPPI                                    RESPONDENT

<u>FINAL JUDGMENT</u>

This matter is before the Court sua sponte.   The Court, after a full review and

consideration of the record in this case and relevant legal authority, finds that in accordance with

its Memorandum Opinion and Order of Dismissal entered herewith,

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this habeas corpus case is

dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the ___4th___ day of December, 2018.   .

s/David Bramlette
UNITED STATES DISTRICT JUDGE

# Exhibit K

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

ROBERT JOHN CARRIER, # K0013                                      **PLAINTIFF**

V.                                                     **CAUSE NO. 3:17cv31-WHB-JCG**

STATE OF MISSISSIPPI                                             **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.   Pursuant to

the Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this case is **DISMISSED**

**WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 11th day of May, 2017.


s/William H. Barbour
UNITED STATES DISTRICT JUDGE



## *USCS Const. Amend. 1, Part 1 of 7*

Current through the ratification of the 27th Amendment on May 7, 1992.

*United States Code Service  >  Amendments  >  Amendment 1 Religious and political freedom.*

# Amendment 1 Religious and political freedom.

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

United States Code Service
Copyright © 2021 Matthew Bender & Company, Inc.
a member of the LexisNexis Group (TM) All rights reserved.

**End of Document**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**ROBERT JOHN CARRIER**                                                    **PETITIONER**

**V.**                                              **CIVIL ACTION NO. 3:19-CV-236-HTW-JCG**

**WARDEN F. SHAW**                                                        **RESPONDENT**

## FINAL JUDGMENT

This Court entered its Order on this date adopting the Report and Recommendation of the

Magistrate Judge, whereby this court dismissed this habeas petition, which order is incorporated

herein.

For the reasons assigned in the Report and Recommendation of the Magistrate Judge and this

Court's previous order, this case is hereby finally dismissed.

**SO ORDERED AND ADJUDGED this the 18th day of December, 2019.**

**/s/HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**

## *USCS Const. Amend. 1, Part 2 of 7*

Current through the ratification of the 27th Amendment on May 7, 1992.

*United States Code Service > Amendments > Amendment 1 Religious and political freedom.*

# Amendment 1 Religious and political freedom.

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

United States Code Service
Copyright © 2021 Matthew Bender & Company, Inc.
a member of the LexisNexis Group (TM) All rights reserved.

**End of Document**

### *USCS Const. Amend. 1, Part 3 of 7*

Current through the ratification of the 27th Amendment on May 7, 1992.

*United States Code Service* > *Amendments* > *Amendment 1 Religious and political freedom.*

## Amendment 1 Religious and political freedom.

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

United States Code Service
Copyright © 2021 Matthew Bender & Company, Inc.
a member of the LexisNexis Group (TM) All rights reserved.

**End of Document**

## *USCS Const. Amend. 1, Part 4 of 7*

Current through the ratification of the 27th Amendment on May 7, 1992.

*United States Code Service  >  Amendments  >  Amendment 1 Religious and political freedom.*

# Amendment 1 Religious and political freedom.

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

United States Code Service
Copyright © 2021 Matthew Bender & Company, Inc.
a member of the LexisNexis Group (TM) All rights reserved.

End of Document

## *USCS Const. Amend. 1, Part 5 of 7*

Current through the ratification of the 27th Amendment on May 7, 1992.

*United States Code Service  >  Amendments  >  Amendment 1 Religious and political freedom.*

# Amendment 1 Religious and political freedom.

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

United States Code Service
Copyright © 2021 Matthew Bender & Company, Inc.
a member of the LexisNexis Group (TM) All rights reserved.

End of Document

## *USCS Const. Amend. 1, Part 6 of 7*

Current through the ratification of the 27th Amendment on May 7, 1992.

*United States Code Service > Amendments > Amendment 1 Religious and political freedom.*

# Amendment 1 Religious and political freedom.

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

United States Code Service
Copyright © 2021 Matthew Bender & Company, Inc.
a member of the LexisNexis Group (TM) All rights reserved.

End of Document

## *USCS Const. Amend. 1, Part 7 of 7*

Current through the ratification of the 27th Amendment on May 7, 1992.

*United States Code Service > Amendments > Amendment 1 Religious and political freedom.*

# Amendment 1 Religious and political freedom.

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

United States Code Service
Copyright © 2021 Matthew Bender & Company, Inc.
a member of the LexisNexis Group (TM) All rights reserved.

**End of Document**

## *Appropriations, Army., 38 Stat. 1062*

Enacted, March 4, 1915

**Reporter**
63 P.L. 292; 38 Stat. 1062; 63 Cong. Ch. 143

**United States Statutes at Large > Sixty-Third Congress, Session III > Public Law 63-292 > Chapter 143**

## Synopsis

AN ACT Making appropriations for the support of the Army for the fiscal year ending June thirtieth, nineteen hundred and sixteen.

## Text

View this document in PDF format (2092 KB)

United States Statutes at Large

End of Document

# Lexis®

Switch Client | Preferences | Help | Sign Out

| Search | Get a Document | *Shepard's®* | More | | History | Alerts |
|---|---|---|---|---|---|---|

FOCUS™ Terms [                    ] [Go]   Advanced...

Get a Document [            ] [Go]                                    View Tutorial
Service:  **Get by LEXSTAT®**
Citation:  **5 USCS 1106**

## 5 USCS § 1106

UNITED STATES CODE SERVICE
Copyright © 2017 Matthew Bender & Company, Inc.
a member of the LexisNexis Group (TM)
All rights reserved.

*** Current through PL 115-43, approved 6/30/17 ***

REVISED TITLE TABLE
TITLE 5 GOVERNMENT ORGANIZATION AND EMPLOYEES

**Go to the United States Code Service Archive Directory**

5 USCS § 1106

§ 1106 [Revised -- Sept. 6, 1966]

Table shows where section of former title has been incorporated in U.S.C.S.

Former Section(s)              New Section(s)
--------------------------------   ----------------------------------

1106 ............................. 5 USCS 5113

Service:  **Get by LEXSTAT®**
Citation:  **5 USCS 1106**
View:  Full
Date/Time:  Wednesday, August 2, 2017 - 9:09 AM EDT

 **LexisNexis** About LexisNexis | Privacy Policy | Terms & Conditions | Contact Us
Copyright © 2017 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.   RELX Group™

## *31 CFR 6.1*

This document is current through the Nov. 17, 2021 issue of the Federal Register, with the exception of the amendments appearing at 86 FR 62928, 86 FR 64000, and 86 FR 64300.

*Code of Federal Regulations > Title 31 Money and Finance: Treasury > Subtitle A — Office of the Secretary of the Treasury > Part 6 — Applications for Awards Under the Equal Access to Justice Act > Subpart A — General Provisions*

## § 6.1 Purpose of these rules.

The Equal Access to Justice Act, *5 U.S.C. 504* (called "the Act" in this part), provides for the award of attorney fees and other expenses to eligible individuals and entities who are parties to certain administrative proceedings (called "adversary adjudications") before agencies of the Government of the United States. An eligible party may receive an award when it prevails over an agency, unless the agency's position in the proceeding was substantially justified or special circumstances make an award unjust. The rules in this part describe the parties eligible for awards and the proceedings that are covered. They also explain how to apply for awards, and the procedures and standards that the Treasury Department will use to make them.

## Statutory Authority

Sec. 203(a)(1), *Pub. L. 96-481*, *94 Stat. 2325* (*5 U.S.C. 504(c)(1)*).

## History

47 FR 20765, May 14, 1982.

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2021 All rights reserved.

End of Document

## *31 CFR 6.2*

This document is current through the Nov. 17, 2021 issue of the Federal Register, with the exception of the amendments appearing at 86 FR 62928, 86 FR 64000, and 86 FR 64300.

*Code of Federal Regulations  >  Title 31 Money and Finance: Treasury  >  Subtitle A — Office of the Secretary of the Treasury  >  Part 6 — Applications for Awards Under the Equal Access to Justice Act  > Subpart A — General Provisions*

## § 6.2 When the Act applies.

The Act applies to any adversary adjudication pending before an agency at any time between October 1, 1981 and September 30, 1984. This includes proceedings begun before October 1, 1981, if final agency action has not been taken before that date, and proceedings pending on September 30, 1984, regardless of when they were initiated or when final agency action occurs.

## Statutory Authority

Sec. 203(a)(1), *Pub. L. 96-481*, *94 Stat. 2325* (*5 U.S.C. 504(c)(1)*).

## History

47 FR 20765, May 14, 1982.

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2021 All rights reserved.

End of Document

## *31 CFR 6.3*

This document is current through the Nov. 17, 2021 issue of the Federal Register, with the exception of the amendments appearing at 86 FR 62928, 86 FR 64000, and 86 FR 64300.

*Code of Federal Regulations > Title 31 Money and Finance: Treasury > Subtitle A — Office of the Secretary of the Treasury > Part 6 — Applications for Awards Under the Equal Access to Justice Act > Subpart A — General Provisions*

## § 6.3 Proceedings covered.

The Act applies to adversary adjudications required to be conducted by the Treasury Department under *5 U.S.C. 554*. Within the Treasury Department, these proceedings are:

(a) Bureau of Alcohol, Tobacco and Firearms: (1) Permit proceedings under the Federal Alcohol Administration Act (*27 U.S.C. 204*); (2) Permit proceedings under the Internal Revenue Code of 1954 (*26 U.S.C. 5171*, *5271*, *5713*); (3) License and permit proceedings under the Federal Explosives Laws (*18 U.S.C. 843*).

(b) Comptroller of the Currency:

All proceedings conducted under 12 CFR part 19, subpart A.

## Statutory Authority

Sec. 203(a)(1), *Pub. L. 96-481*, *94 Stat. 2325* (*5 U.S.C. 504(c)(1)*).

## History

47 FR 20765, May 14, 1982.

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2021 All rights reserved.

End of Document

## *31 CFR 6.8*

This document is current through the Nov. 18, 2021 issue of the Federal Register.

*Code of Federal Regulations  >  Title 31 Money and Finance: Treasury  >  Subtitle A — Office of the Secretary of the Treasury  >  Part 6 — Applications for Awards Under the Equal Access to Justice Act  > Subpart B — Information Required from Applicants*

# § 6.8 Contents of application.

(a) An application for an award of fees and expenses under the Act shall identify the applicant and the proceeding for which an award is sought. The application shall show that the applicant has prevailed and identify the position of the agency in the proceeding that the applicant alleges was not substantially justified. The application shall state the basis for the applicant's belief that the position was not substantially justified. Unless the applicant is an individual, the application shall also state the number of employees of the applicant and describe briefly the type and purpose of its organization or business.

(b) The application shall also include a statement that the applicant's net worth does not exceed $ 1 million (if an individual) or $ 5 million (for all other applicants, including their affiliates). However, an applicant may omit this statement if:

(1) It attaches a copy of a ruling by the Internal Revenue Service that it qualifies as an organization described in section 501(c)(3) of the Internal Revenue Code (26 U.S.C. 501(c)(3)) or, in the case of a tax-exempt organization not required to obtain a ruling from the Internal Revenue Service on its exempt status, a statement that describes the basis for the applicant's belief that it qualifies under such section; or

(2) It states that it is a cooperative association as defined in section 15(a) of the Agricultural Marketing Act (*12 U.S.C. 1141j(a)*).

(c) The application shall itemize the amount of fees and expenses for which an award is sought.

(d) The application may also include any other matters that the applicant wishes the agency to consider in determining whether and in what amount an award should be made.

(e) The application shall be signed by the applicant or an authorized officer with respect to the eligibility of the applicant and by the attorney of the applicant with respect to fees and expenses sought. It shall also contain or be accompanied by a written verification under oath or under penalty of perjury that the information provided in the application is true and correct.

(Approved by the Office of Management and Budget under control number 1512-0444, for applications filed with the Bureau of Alcohol, Tobacco and Firearms)

31 CFR 6.8

## Statutory Authority

(*5 U.S.C. 552(a)* (*80 Stat. 383*, as amended))

## History

[47 FR 20765, May 14, 1982, as amendedat *49 FR 14944*, Apr. 16, 1984]

LEXISNEXIS' CODE OF FEDERAL REGULATIONS

Copyright © 2021 All rights reserved.

End of Document

## *31 CFR 6.10*

This document is current through the Nov. 18, 2021 issue of the Federal Register.

*Code of Federal Regulations > Title 31 Money and Finance: Treasury > Subtitle A — Office of the Secretary of the Treasury > Part 6 — Applications for Awards Under the Equal Access to Justice Act > Subpart B — Information Required from Applicants*

# § 6.10 Documentation of fees and expenses.

(a) The application shall be accompanied by full documentation of the fees and expenses, including the cost of any study, engineering report, test, or project, for which an award is sought.

(b) The documentation shall include an affidavit from any attorney, agent, or expert witness representing or appearing in behalf of the party, stating the actual time expended and the rate at which fees and other expenses were computed and describing the specific services performed.

  (1) The affidavit shall state the services performed. In order to establish the hourly rate, the affidavit shall state the hourly rate which is billed and paid by the majority of clients during the relevant time periods.

  (2) If not hourly rate is paid by the majority of clients because, for instance, the attorney or agent represents most clients on a contingency basis, the attorney or agent shall provide information about two attorneys or agents with similar experience, who perform similar work, stating their hourly rate.

(c) The documentation shall also include a description of any expenses for which reimbursement is sought and a statement of the amounts paid and payable by the applicant or by any other person or entity for the services provided.

(d) The adjudicative officer may require the applicant to provide vouchers, receipts, or other substantiation for any expenses claimed.

## Statutory Authority

Sec. 203(a)(1), *Pub. L. 96-481*, *94 Stat. 2325* (*5 U.S.C. 504(c)(1)*).

## History

47 FR 20765, May 14, 1982.

## *31 CFR 6.9*

This document is current through the Nov. 18, 2021 issue of the Federal Register.

*Code of Federal Regulations  >  Title 31 Money and Finance: Treasury  >  Subtitle A — Office of the Secretary of the Treasury  >  Part 6 — Applications for Awards Under the Equal Access to Justice Act  >  Subpart B — Information Required from Applicants*

# § 6.9 Net worth exhibit.

(a) Each applicant except a qualified tax-exempt organization, or cooperative association must provide with its application a detailed exhibit showing the net worth of the applicant and any affiliates (as defined in § 6.4(f)) when the proceeding was initiated. In the case of national banking associations, "net worth" shall be considered to be the total capital and surplus as reported, in conformity with the applicable instructions and guidelines, on the bank's last Consolidated Report of Condition filed before the initiation of the underlying proceeding.

(b) The exhibit may be in any form convenient to the applicant that provides full disclosure of the applicant's and its affiliates assets and liabilities and is sufficient to determine whether the applicant qualifies under the standards in this part. The adjudicative officer may require an applicant to file additional information to determine its eligibility for an award.

## Statutory Authority

Sec. 203(a)(1), *Pub. L. 96-481*, *94 Stat. 2325* (*5 U.S.C. 504(c)(1)*).

## History

47 FR 20765, May 14, 1982.

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2021 All rights reserved.

**End of Document**

## *31 CFR 6.11*

This document is current through the Nov. 18, 2021 issue of the Federal Register.

*Code of Federal Regulations  >  Title 31 Money and Finance: Treasury  >  Subtitle A — Office of the Secretary of the Treasury  >  Part 6 — Applications for Awards Under the Equal Access to Justice Act >  Subpart B — Information Required from Applicants*

## § 6.11 When an application may be filed.

(a) An application may be filed whenever the applicant has prevailed in the proceeding but in no case later than 30 days after the agency's final disposition of the proceeding.

(b) If review or reconsideration is sought or taken of a decision as to which an appplicant believes it has prevailed, proceedings for the award of fees shall be stayed pending final disposition of the underlying controversy.

## Statutory Authority

Sec. 203(a)(1), *Pub. L. 96-481*, *94 Stat. 2325* (*5 U.S.C. 504(c)(1)*).

## History

47 FR 20765, May 14, 1982.

LEXISNEXIS' CODE OF FEDERAL REGULATIONS

Copyright © 2021 All rights reserved.

End of Document

31 CFR 6.10

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2021 All rights reserved.

**End of Document**

## *31 CFR 6.12*

This document is current through the Nov. 18, 2021 issue of the Federal Register.

*Code of Federal Regulations  >  Title 31 Money and Finance: Treasury  >  Subtitle A — Office of the Secretary of the Treasury  >  Part 6 — Applications for Awards Under the Equal Access to Justice Act  > Subpart C — Procedures for Considering Applications*

## § 6.12 Filing and service of documents.

Any application for an award or other pleading or document related to an application shall be filed and served on all parties to the proceeding in the same manner as other pleadings in the proceeding.

## Statutory Authority

Sec. 203(a)(1), *Pub. L. 96-481*, *94 Stat. 2325* (*5 U.S.C. 504(c)(1)*).

## History

47 FR 20765, May 14, 1982.

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2021 All rights reserved.

End of Document

## *31 CFR 6.13*

This document is current through the Nov. 18, 2021 issue of the Federal Register.

*Code of Federal Regulations > Title 31 Money and Finance: Treasury > Subtitle A — Office of the Secretary of the Treasury > Part 6 — Applications for Awards Under the Equal Access to Justice Act > Subpart C — Procedures for Considering Applications*

## § 6.13 Answer to application.

(a) Within 30 days after service of an application, counsel representing the agency against which an award is sought shall file an answer to the application.

(b) If agency counsel and the applicant believe that the issues in the fee application can be settled, they may jointly file a statement of their intent to negotiate a settlement. The filing of this statement shall extend the time for filing an answer for an additional 60 days and further extensions may be granted by the adjudicative officer upon request by agency counsel and the applicant.

(c) The answer shall explain any objections to the award requested and identify the facts relied on in support of agency counsel's position. If the answer is based on any alleged facts not already in the record of the proceeding, agency counsel shall include with the answer supporting affidavits.

## Statutory Authority

Sec. 203(a)(1), *Pub. L. 96-481*, *94 Stat. 2325* (*5 U.S.C. 504(c)(1)*).

## History

47 FR 20765, May 14, 1982.

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2021 All rights reserved.

End of Document

## *31 CFR 6.14*

This document is current through the Nov. 18, 2021 issue of the Federal Register.

*Code of Federal Regulations > Title 31 Money and Finance: Treasury > Subtitle A — Office of the Secretary of the Treasury > Part 6 — Applications for Awards Under the Equal Access to Justice Act > Subpart C — Procedures for Considering Applications*

## § 6.14 Decision.

The adjudicative officer shall issue an initial decision on the application within 60 days after completion of proceedings on the application. The decision shall include written findings and conclusions on the applicant's eligibility and status as a prevailing party, and an explanation of the reasons for any difference between the amount requested and the amount awarded. The decision shall also include, if at issue, findings on whether the agency's position was substantially justified, whether the applicant unduly protracted the proceedings, or whether special circumstances make an award unjust.

## Statutory Authority

Sec. 203(a)(1), *Pub. L. 96-481*, *94 Stat. 2325* (*5 U.S.C. 504(c)(1)*).

## History

47 FR 20765, May 14, 1982.

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2021 All rights reserved.

**End of Document**

## *31 CFR 6.7*

This document is current through the Nov. 18, 2021 issue of the Federal Register.

*Code of Federal Regulations > Title 31 Money and Finance: Treasury > Subtitle A — Office of the Secretary of the Treasury > Part 6 — Applications for Awards Under the Equal Access to Justice Act > Subpart A — General Provisions*

## § 6.7 Delegations of authority.

The Director, Bureau of Alcohol, Tobacco and Firearms and the Comptroller of the Currency are authorized to take final action on matters pertaining to the Equal Access to Justice Act, *5 U.S.C. 504*, in proceedings listed in § 6.3 under the respective bureau or office. The Secretary of the Treasury may by order delegate authority to take final action on matters pertaining to theEqual Access to Justice Act in particular cases to other subordinate officials.

## Statutory Authority

Sec. 203(a)(1), *Pub. L. 96-481*, *94 Stat. 2325* (*5 U.S.C. 504(c)(1)*).

## History

47 FR 20765, May 14, 1982.

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2021 All rights reserved.

End of Document

## *31 CFR 6.15*

This document is current through the Nov. 18, 2021 issue of the Federal Register.

*Code of Federal Regulations  >  Title 31 Money and Finance: Treasury  >  Subtitle A — Office of the Secretary of the Treasury  >  Part 6 — Applications for Awards Under the Equal Access to Justice Act > Subpart C — Procedures for Considering Applications*

## § 6.15 Agency review.

Either the applicant or agency counsel may seek review of the initial decision on the fee application, or the agency may decide to review the decision on its own initiative. If neither the applicant nor agency counsel seeks a review and the agncy does not take review on its own initiative, the initial decision on the application shall become a final decision of the agency 30 days after it is issued. Whether to review a decision is a matter within the discretion of the agency. If review is taken, the agency will issue a final decision on the application or remand the application to the adjudicative officer for further proceedings.

## Statutory Authority

Sec. 203(a)(1), *Pub. L. 96-481*, *94 Stat. 2325* (*5 U.S.C. 504(c)(1)*).

## History

47 FR 20765, May 14, 1982.

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2021 All rights reserved.

End of Document

## *31 CFR 6.6*

This document is current through the Nov. 18, 2021 issue of the Federal Register.

*Code of Federal Regulations > Title 31 Money and Finance: Treasury > Subtitle A — Office of the Secretary of the Treasury > Part 6 — Applications for Awards Under the Equal Access to Justice Act > Subpart A — General Provisions*

## § 6.6 Allowable fees and other expenses.

(a) The following fees and other expenses are allowable under the Act:

(1) Reasonable expenses of expert witnesses;

(2) Reasonable cost of any study, analysis, engineering report, test, or project which the agency finds necessary for the preparation of the party's case;

(3) Reasonable attorney or agent fees.

(b) The amount of fees awarded will be based upon the prevailing market rates for the kind and quality of services furnished, except that

(1) Compensation for an expert witness will not exceed the highest rate paid by the agency for expert witnesses; and

(2) Attorney or agent fees will not be in excess of $ 75 per hour.

## Statutory Authority

Sec. 203(a)(1), *Pub. L. 96-481*, *94 Stat. 2325* (*5 U.S.C. 504(c)(1)*).

## History

47 FR 20765, May 14, 1982.

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2021 All rights reserved.

End of Document

## *31 CFR 6.17*

This document is current through the May 2, 2022 issue of the Federal Register, with the exception of the amendments appearing at 87 FR 25571, 87 FR 25710, and 87 FR 26094.

*Code of Federal Regulations > Title 31 Money and Finance: Treasury > Subtitle A — Office of the Secretary of the Treasury > Part 6 — Applications for Awards Under the Equal Access to Justice Act > Subpart C — Procedures for Considering Applications*

## § 6.17 Payment of award.

An applicant seeking payment of an award shall submit to the agency a copy of the agency's final decision granting the award, accompanied by a statement that the applicant will not seek review of the decision in the United States courts. An applicant shall be paid the amount awarded unless judicial review of the award or of the underlying decision of the adversary adjudication has been sought by the applicant or any other party to the proceeding.

## Statutory Authority

Sec. 203(a)(1), *Pub. L. 96-481*, *94 Stat. 2325* (*5 U.S.C. 504(c)(1)*).

## History

47 FR 20765, May 14, 1982.

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2022 All rights reserved.

**End of Document**

## *31 CFR 6.16*

This document is current through the Apr. 28, 2022 issue of the Federal Register, with the exception of the amendments appearing at 87 FR 25152 and 87 FR 25153.

*Code of Federal Regulations > Title 31 Money and Finance: Treasury > Subtitle A — Office of the Secretary of the Treasury > Part 6 — Applications for Awards Under the Equal Access to Justice Act > Subpart C — Procedures for Considering Applications*

## § 6.16 Judicial review.

Judicial review of final agency decisions on awards may be sought as provided in *5 U.S.C. 504(c)(2)*.

## Statutory Authority

Sec. 203(a)(1), *Pub. L. 96-481*, *94 Stat. 2325* (*5 U.S.C. 504(c)(1)*).

## History

47 FR 20765, May 14, 1982.

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2022 All rights reserved.

End of Document

## *31 CFR 6.17*

This document is current through the Nov. 29, 2021 issue of the Federal Register, with the exception of the amendments appearing at 86 FR 67326, 86 FR 67329, 86 FR 67343, and 86 FR 67352.

*Code of Federal Regulations  >  Title 31 Money and Finance: Treasury  >  Subtitle A — Office of the Secretary of the Treasury  >  Part 6 — Applications for Awards Under the Equal Access to Justice Act  >  Subpart C — Procedures for Considering Applications*

## § 6.17 Payment of award.

An applicant seeking payment of an award shall submit to the agency a copy of the agency's final decision granting the award, accompanied by a statement that the applicant will not seek review of the decision in the United States courts. An applicant shall be paid the amount awarded unless judicial review of the award or of the underlying decision of the adversary adjudication has been sought by the applicant or any other party to the proceeding.

## Statutory Authority

Sec. 203(a)(1), *Pub. L. 96-481*, *94 Stat. 2325* (*5 U.S.C. 504(c)(1)*).

## History

47 FR 20765, May 14, 1982.

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2021 All rights reserved.
*109 ALR5th 1, 109 ALR6th 351 of ALL LAW Time ABouT 935AM Date 2-4-22*
*2/ Robert John Carrier*

End of Document

## 31 CFR 6.16

This document is current through the Nov. 29, 2021 issue of the Federal Register, with the exception of the amendments appearing at 86 FR 67326, 86 FR 67329, 86 FR 67343, and 86 FR 67352.

*Code of Federal Regulations  >  Title 31 Money and Finance: Treasury  >  Subtitle A — Office of the Secretary of the Treasury  >  Part 6 — Applications for Awards Under the Equal Access to Justice Act  >  Subpart C — Procedures for Considering Applications*

## § 6.16 Judicial review.

Judicial review of final agency decisions on awards may be sought as provided in *5 U.S.C. 504(c)(2)*.

## Statutory Authority

Sec. 203(a)(1), *Pub. L. 96-481*, *94 Stat. 2325* (*5 U.S.C. 504(c)(1)*).

## History

47 FR 20765, May 14, 1982.

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2021 All rights reserved.

End of Document

BLESS GOD

ATTACHMENT

WHo Did it; Mike smith The Goverment Calutions Mike smith The Judge of Pike County of Mississipp-