IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ROBERT JOHN CARRIER, #K0013                                                         PLAINTIFF

v.                                                                  CIVIL ACTION NO. 3:22-cv-323-HTW-LGI

DEPARTMENT OF JUSTICE                                                               DEFENDANT

## FINAL JUDGMENT

In accordance with the Court's Order of Dismissal entered this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 5th day of October, 2022.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE